### In re SPEAR et al.

(District Court, D. Vermont. July 16, 1900.)

#### No. 116.

BANKRUPTCY—DISCHARGE—FAILURE TO KEEP BOOKS.

Unless the failure of a bankrupt to keep books of account or records is found to have been "with fraudulent intent to conceal his true financial condition and in contemplation of bankruptcy," it cannot be made the ground for refusing him a discharge under Bankr. Act 1898, § 14b.

In Bankruptcy. On application of bankrupts for discharge.

William Batchelder, for bankrupts.

Warren C. French, for opposing creditors.

WHEELER, District Judge. Not failure to keep books of account or records, merely, is a bar to a discharge, but only such failure "with fraudulent intent to conceal his true financial condition and in contemplation of bankruptcy" is made such. Bankr. Act, § 14b. No such intent is found or alleged here, or any other statutory cause. Without such, by the terms of the act, a discharge is required. No room is left for a refusal for any other than statutory reasons, however salutary they might be claimed or thought to be. Discharges granted.